CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 13 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ADRIAN TOSADO                              CIVAL ACTION NO. 7:20-CV-00287
    PLAINTIFF

V.
GILBERT, PARSON (LT),                      Judge: Joel C Hoppe
STAPLETON, HORNSBERRY, Roberts             United States Magistrate Judge

My name is Adrian Tosado an Inmate housed at USP Lee, Register # 75243-066 I arrived in the SHU March 2ND 2020 in relation to an investigation to a weapon that I possesed. I was placed on administrative Detention. On March 11th 2020 I was found guilty of being in possesion of a weapon by the "Disciplinary Hearing Officer" (DHO). I was sanctioned to 15 days Disciplinary Segregation, loss of email for 180 days loss of good conduct time 41 days. At the end of my "DS" term I refused to go to general population because I had issues with "2 cars" as in 2 jail house groups (G 27 and Sureño). March 25th 2020 at anytime between 12:00 Pm and 2:00 Pm I was told to pack my stuff that I was being moved so I asked the officer which was officer Gilbert who am I moving with he said he didn't Know but he had a list in his hand that showed the movements of inmates with cell numbers and names later on I found out the inmate I was going in the cell with was a MS13 member and I know that they can't be house with inmates that refused the yard so I told Lt. Parson I can't go in the cell with him also I told Gilbert and I explained to them why so he came by again and told me to cuff up I said I can't go he said if you don't

we are going to "(Fuck you up)", so I submitted to hand restraints out of fear so after they put me in the cell like an hour later I was stabbed In my head, cheek, and bicep and I had a torn ligament in my thumb and had to be casted and stiched up and also had staples in my head. I get servere headaches now to where I cant sleep all of these C.O's are in conspiracy here I fear for my life here also I tried getting administrative remedys but they always say they have none I wrote the region and they threw it out. I told SIS I have issues with the Spanish groups and that I would like to debrief so I can go to yard I can walk and I never got a response. I vebally told the defendents I couldn't be housed with that inmate and they put me in there where I was brutally stabbed now the law-suit is not for my injuries it is for the lack of safty in the prison and security how did a inmate possess a weapon in a "SHU" where there should be no way an inmate should be making a knife that is one thing another is an inmate is to be strip searched and ran through a xray machine. Also now I have P.T.S.D. because I get scared of inmates I feel that every jerkey movements they make that I am going to be attacked. In my eyes the CO's knew but they hate the "(check ins)"- which are inmate who refuse the yard so they wanted me to be attacked and also they knew. Conclusion is Parson, Gilbert, and stapleton put my life in jeopardy of being harmed and had knowledge of the fact that I could not be in the cell with an active gang member for the fact I verbally stated, "If I go in the cell with that inmate I will be assulted so I can't go in that cell", but they continued the move and threatened me and said if I don't move they were going to hurt me. Also they know a

person that refused, they cant be in the cell with an active gang member. Active gang members can't only cell up with P.C. but anyone that refuses the yard also can't cell with them, But the fact is that I verbally told them. Incident 2 - On April 7th, 2020 officer Hornsberry made a round and said "Tosado pack your stuff you're moving", I said, "Where am I moving and who with", He stated, "A spanish guy, your spanish right", I asked if he was an active gang member he said he didn't know, So later on he came and got me and as we are walking he says I think he is a G-27 and I say if he is active I can't cell with him he says well your active so if you refuse I am going to "fuck you up", if you don't go in there, now go in there when I tell you to stop fighting stop ok," I said come on man", so I go in there and the inmate already had knowledge of the fact that I was checked in from other inmates so while I was in cuffs the inmate attacked me now the officers Roberts and Hornsberry were right there and they yelled "Stop fighting", so the inmate continued untill pepper spray was then sprayed. Then I and the other inmate were restrained and walked backwards out the cell I was walked out by Roberts and Hornsberry, while walking Hornsberry was pushing down on my neck forcefully saying why did you tell him your checked in he said "he didnt mark you up so I am going to mark you up". I stood quiet and Roberts and Hornsberry took me to the ground where then Hornsberry then started landing kicks to my ribs that were not sufficiant to any injury but tryed to say I was being combative and I wasn't. They brought several and co's to do a medical assesment on me but made it seem like

I was being combative which I was not. Conclusion is the defendents had knowledge that if I was house with these paticular inmates I would be assulted and I verbally told them I would not be able to cell with the inmates and they threatened me and continued to move me not 1 time but twice and also they threw away my mail and would not allow me to file administrative remedys all these officers are in conspiracy and were aware the assults were going to happen. They abused me by putting kicks to my body and mentally by threatning me.

Adrian Tosado
Reg# 75243-066
USP Lee
P.O. Box 305
Jonesville Va 24263



Adrian Tosado
25243-066
USP-Lee
P.O. Box 305
Jonesville VA 24263

Filed 10/13/20   Document 20
Pageid#: 112
V-00287-MFU-JCH

KNOXVILLE TN 377

8 OCT 2020  PM 2  L

Energy Awareness Month

Special
Mail
Legal

Date: 10/7/20
Time: 8:06 Pm

(L)

United States District
Court
Office of the Clerk
210 Franklin RD., RM 540
Roanoke, Va 24011

24011-000340